In the Matter of the Objections of Thomas J. Carrick to the Petition Filed March 16, 1918, in the City Clerk's Office of Syracuse, Requesting that a ·Special Election Be Held, and that Four Questions Relating to the Traffic in Liquors Be Voted upon as Provided in the City Local Option Law.

Per Curiam: We are of the opinion that the provision of section 1 of article 2 of the Constitution, which entitles a citizen qualified as therein stated to vote at an election upon all questions which may be submitted to the vote of the people, applies only to such propositions as relate to the general governmental affairs of the State, and not to local affairs of municipalities (Spitzer v. Village of Fulton, 172 N. Y. 285), and we are further of the opinion that chapter 624 of ˙the Laws of 1917* for submitting the local option questions relating to the trafficking in liquor in cities is not within such provision, and we hold that such act is not unconstitutional by reason of the failure of the Legislature to make special provision for taking the votes of electors in actual military service of the United States. All concurred, De Angelis, J., in result only, except Merrell, J., who dissented. It is ordered that the order so appealed from be and the same hereby is affirmed.

———

Lorenzo Cramer, Respondent, v. Acme Road Machinery Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred.

William Dixon, Respondent, v. Overland-Syracuse Company, Appellant.— Order affirmed, with costs. All concurred.

First National Bank of Syracuse, Respondent, v. Mowry Realty Company, Appellant.— Judgment affirmed, with costs. All concurred.

In the Matter of the Petition of Herbert S. Sisson, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 12,472, Held by Adelbert O. Larravey, Appellant.— Order-affirmed, with costs. All concurred.

In the Matter of the Petition of Herbert S. Sisson, as State Commissioner of Excise, Respondent, for an .Order Revoking and Canceling Liquor Tax Certificate No. 12,554, Held by Charles Amlet, Appellant.— Order affirmed, with costs. All concurred.

In the Matter of the Estate of H. Clarence Rich, Deceased.—Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Katherine Abbott, Respondent, v. F. W. Woolworth Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Application of Jane K. Hamilton, as a Creditor of John Phelps, Deceased, for Authority to Dispose of Real Property, etc.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

———

* Consol. Laws, chap. 68. — [Rep.